BESSIE GROBART, respondent,

*v.*

LOUIS GROBART, appellant.

[Decided October 19th, 1931.]

*Mr. George T. Vickers,* for the respondent.

*Messrs. Evans, Smith & Evans,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *107 N. J. Eq. 446.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 13.

*For reversal*—DONGES, J. 1.